IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ASHLEY HAMMOND**                                             **PLAINTIFF**

**v.**                                                **CIVIL ACTION NO.:** 3:25-cv-290-MPM-RP

**HWCC-TUNICA, INC. D/B/A HOLLYWOOD
CASINO TUNICA; AND
PENN ENTERTAINMENT, INC.**                                   **DEFENDANTS**

**COMPLAINT**
**JURY TRIAL DEMANDED**

**COMES NOW** the Plaintiff, Ashley Hammond, by and through counsel, Watson & Norris, PLLC, brings this action to recover damages of violations of her rights pursuant to the Americans with Disabilities Act (ADA) for disability discrimination and retaliation, and violations of her rights pursuant to the Americans with Disabilities Act (ADA) for failure to make reasonable accommodations against the Defendants, HWCC-Tunica, Inc. d/b/a Hollywood Casino Tunica; and Penn Entertainment, Inc. In support of this cause, the Plaintiff would show unto the Court the following facts to-wit:

**THE PARTIES**

1. Plaintiff, Ashley Hammond, is a female resident of DeSoto County, Mississippi.

2. Defendant, HWCC-Tunica, Inc. d/b/a Hollywood Casino Tunica; may be served with process by serving its registered agent, C T Corporation System, 8927 Lorraine Road, Suite 204-A, Gulfport, Mississippi 39503.

3. Defendant, Penn Entertainment, Inc., may be served with process by serving its registered agent, C T Corporation System, 8927 Lorraine Road, Suite 204-A, Gulfport, Mississippi 39503.

1

## JURISDICTION AND VENUE

4. This Court has federal question jurisdiction pursuant to the Americans with Disabilities Act (ADA).

5. This Court also has personal and subject matter jurisdiction over the Defendant and venue is proper in this court.

6. Plaintiff timely filed a Charge of Discrimination with the EEOC against Penn Entertainment, Inc., on November 19, 2024, a true and correct copy of which is attached as Exhibit "A." The EEOC issued a Notice of Right to Sue on July 8, 2025, a true and correct copy of which is attached as Exhibit "B." Plaintiff timely files this action within ninety (90) days of receipt of her Notice of Right to Sue

## STATEMENT OF FACTS

7. Plaintiff, a 34-year-old resident of DeSoto County, Mississippi, was employed as a Multi-Property Supply Chain Manager at HWCC-Tunica, Inc. d/b/a Hollywood Casino Tunica (HCT) and Penn Entertainment, Inc. starting July 17, 2023.

8. In May 2024, Plaintiff requested ADA documentation from Human Resources Representative Erin James to seek reasonable accommodations for her mental health conditions, including anxiety, severe depression, and PTSD.

9. Plaintiff informed Ms. James that her VA medical provider could complete the required forms during her next appointment on June 14, 2024.

10. Ms. James acknowledged this timeline and asked Plaintiff to keep her updated.

11. Despite this understanding, Plaintiff received a termination letter dated June 12, 2024, citing failure to submit medical certification forms.

2

12. Plaintiff contends that she maintained communication with Human Resources during her leave and updated them on her progress in obtaining the required documentation.

13. She also reported workplace hostility from her supervisor, Regional Director Georgia Scutter, which contributed to her mental health decline.

14. On November 19, 2024, Plaintiff filed an EEOC charge alleging disability discrimination.

15. HCT responded with a Position Statement on January 6, 2025, disputing her claims and asserting that her accommodation request was closed due to failure to provide timely documentation.

16. Plaintiff disputes these allegations, maintaining that she acted in good faith to comply with the requirements and communicated regularly with Human Resources.

## CAUSES OF ACTION

### COUNT I: VIOLATION OF THE AMERICANS WITH DISABILITIES ACT (ADA) – DISABILITY DISCRIMINATION AND FAILURE TO MAKE REASONALBE ACCOMODATIONS

17. Plaintiff re-alleges and incorporates all averments set forth in paragraphs 1 through 16 above as if fully incorporated herein.

18. Defendants discriminated against Plaintiff and failed to make reasonable accommodations because of her disability based on the facts identified above which constitutes a violation of the Americans with Disabilities Act.

19. Plaintiff has suffered lost wages, benefits and other pecuniary losses as well as deep humiliation, anxiety and emotional distress.

20. The unlawful actions of Defendants complained of above were intentional,

malicious, and taken in reckless disregard of the statutory rights of Plaintiff. As such, Plaintiff is entitled to recover damages pursuant to the ADA.

### COUNT II: VIOLATION OF THE AMERICANS WITH DISABILITIES ACT (ADA) - RETALIATION

21. Plaintiff re-alleges and incorporates all averments set forth in paragraphs 1 through 20 above as if fully incorporated herein.

22. It is unlawful for any employer to discharge or discriminate against any individual for opposing any practice made unlawful by the ADA.

23. As a result of Defendants' retaliatory acts described above, Plaintiff has suffered and continues to suffer significant lost pay and benefits.

24. The willful conduct of Defendants is evidenced by a consciously indifferent attitude towards employee's rights under the ADA and its subsequent retaliation against Plaintiff. As a result of this conduct, liquidated damages should be assessed against Defendant.

25. Plaintiff also seeks all other relief, at law or in equity, to which she may show herself justly entitled.

### PRAYER FOR RELIEF

**WHEREFORE PREMISES CONSIDERED,** Plaintiff respectfully prays that upon hearing of this matter by a jury, the Plaintiff be granted the following relief in an amount to be determined by the jury:

1. Back wages;
2. Reinstatement or future wages in lieu of reinstatement;
3. Compensatory damages;
4. Punitive damages;
5. Attorney's fees;
6. Lost benefits;
7. Pre-judgment and post-judgment interest;

8. Costs and expenses; and
9. Such further relief as is deemed just and proper.

THIS the 29th day of September 2025.

                                            Respectfully submitted,

                                            Ashley Hammond, Plaintiff

                                      By: /s/Nick Norris
                                            Nick Norris (MB# 101574)
                                            Attorneys for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
Nick Norris, Esq.
272 Calhoun Station Pkwy
Suite C #13
Gluckstadt, Mississippi 39110
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
Email: nick@watsonnorris.com